UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MESSER, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH, LLC, a Missouri Limited Liability Company,<br><br>Defendant. | No. 2:17-cv-02035-TLN-CKD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

This matter is before the Court on Plaintiff Andrew Messer's Motion to Remand. (ECF No. 5.) Defendant Anheuser-Busch, LLC does not oppose this motion (ECF No. 7.) Plaintiff argues remand is proper because Defendant failed to demonstrate the amount in controversy is satisfied. (ECF No. 5-1 at 3.) Plaintiff argues that Defendant's use of his current hourly rate was improper because he is only seeking statutory *minimum wages* for the unpaid time. (ECF No. 5-1 at 5.) As a result, Plaintiff contends Defendant failed to demonstrate the amount in controversy was satisfied. (ECF No. 5-1 at 5.) Defendant concedes that based on Plaintiff's argument, the statutory minimum has not been met. (ECF No. 7.)

///

///

///

1

Accordingly, the Court REMANDS this action back to the Superior Court of California, County of Solano.

IT IS SO ORDERED.

Dated: December 31, 2017

Troy L. Nunley
United States District Judge